No. 88–5345.  HARDIN *v.* HARDIN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–5442.  SINK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–5516.  EVINS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 88–5555.  RED FOX *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–5572.  SOTO ET UX. *v.* SACRAMENTO COUNTY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 88–5635.  WARREN *v.* CABANA, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–5644.  STEVEN W. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 88–5647.  BOOSS *v.* CARLSON ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–5649.  BOOSS *v.* TURNER, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–5674.  ANDERSON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 88–5679.  PENDLETON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5697.  PAUL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–5748.  BRANTLEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5758.  CHOU *v.* UNIVERSITY OF CALIFORNIA AT BERKELEY; and CHOU *v.* UNIVERSITY OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 88–5760.  GREEN *v.* JOHNSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.